**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **A. E. Schlueter Pipe Organ Sales and Service, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **58-1383419** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2843 S. Stone Mountain Lithonia Road Lithonia, GA 30058**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **DeKalb**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **A. E. Schlueter Pipe Organ Sales and Service, Inc.**                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor    **A. E. Schlueter Pipe Organ Sales and Service, Inc.**                              Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **A. E. Schlueter Pipe Organ Sales and Service, Inc.**                    Case number (*if known*) _____
            Name

| **Request for Relief, Declaration, and Signatures** |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 16, 2025**
                            MM / DD / YYYY

**X** **/s/ Arthur E. Schlueter, Jr.**                            **Arthur E. Schlueter, Jr.**
     Signature of authorized representative of debtor          Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Thomas T. McClendon**                            Date **May 16, 2025**
     Signature of attorney for debtor                              MM / DD / YYYY

**Thomas T. McClendon 431452**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE
Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone   **404-564-9300**          Email address   **tmcclendon@joneswalden.com**

**431452 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **A. E. Schlueter Pipe Organ Sales and Service, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express - BM**<br>**PO Box 360002**<br>**Fort Lauderdale, FL 33336** | | **Credit card** | | | | **$32,536.72** |
| **American Express - Platinum**<br>**PO Box 650448**<br>**Dallas, TX 75265** | | **Credit card** | | | | **$240,586.44** |
| **American Guild of Organists**<br>**475 Riverside Drive Suite 1260**<br>**New York, NY 10115** | | | | | | **$5,270.00** |
| **American Pipe Organ Parts & Su**<br>**225 N. Florida Ave Lakeland, FL 33801** | | | | | | **$276,524.00** |
| **Capital One Bank (USA), NA**<br>**Richard D. Fairbank, CEO**<br>**4851 Cox Road**<br>**Glen Allen, VA 23060** | | **Credit card** | | | | **$19,000.00** |
| **CI Growth 212 - I-20 Circle #7**<br>**c/o Circle Industrial**<br>**930 Manhattan Beach Blvd Ste B**<br>**Manhattan Beach, CA 90266** | | | | | | **$5,371.00** |
| **First Citizen Bank & Trust Co.**<br>**Attn: Frank Holding, Jr., CEO**<br>**239 Fayetteville St**<br>**Raleigh, NC 27601** | | **Truck** | | **$26,859.53** | **$0.00** | **$26,859.53** |

| Debtor | A. E. Schlueter Pipe Organ Sales and Service, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Matters, Inc.**<br>**13873 Hillview Trail**<br>**Hermosa, SD 57744** | | **Supplier** | | | | **$30,000.00** |
| **Organ Supply Industries Inc**<br>**2320 West 50th Street**<br>**Erie, PA 16506** | | | | | | **$24,380.29** |
| **Oyster Pipe Works, LTD**<br>**PO Box 407**<br>**Louisville, OH 44641** | | | | | | **$5,377.00** |
| **Penske Truck Leasing Co LP**<br>**P.O. Box 532658**<br>**Atlanta, GA 30353** | | | | | | **$7,721.03** |
| **Peopleready Inc.**<br>**PO Box 740435**<br>**Atlanta, GA 30374** | | | | | | **$2,680.58** |
| **Peterson Electric Musical Products, Inc.**<br>**11601 South Mayfield Avenue**<br>**Alsip, IL 60803** | | | | | | **$7,140.35** |
| **Specialty Machinery - MultiCam**<br>**2727 Elmridge Dr NW**<br>**Grand Rapids, MI 49534** | | | | | | **$2,482.53** |
| **Star Capital Group, L.P.**<br>**801 Cassatt Road Suite 200**<br>**Berwyn, PA 19312** | | **Scissor Lift** | | **$10,569.96** | **$0.00** | **$10,569.96** |
| **Syndyne Corporation**<br>**PO Box 820543**<br>**Vancouver, WA 98682** | | **Supplier** | | | | **$6,020.26** |
| **U.S. Small Business Admin.**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | | **EIDL Loan** | | | | **$331,958.59** |

Debtor   **A. E. Schlueter Pipe Organ Sales and Service, Inc.**          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wells Fargo Bank, N.A.**<br>**Attn: Charles W, Scharf, CEO**<br>**101 N Phillips Ave**<br>**Sioux Falls, SD 57104** | | **Credit card** | | | | **$98,750.00** |
| **William Allen**<br>**1226 Savannah Lane**<br>**Monroe, GA 30655** | | | | | | **$3,760.00** |
| **Yates Insurance Agency**<br>**2800 Century Pkwy NE**<br>**Suite 300**<br>**Atlanta, GA 30345** | | | | | | **$12,667.50** |

.

American Express - BM
PO Box 360002
Fort Lauderdale, FL 33336


American Express - Platinum
PO Box 650448
Dallas, TX 75265


American Express National Bank
Attn: Stephen Squeri, CEO
115 West Towne Ridge Pkwy
Sandy, UT 84070


American Guild of Organists
475 Riverside Drive
Suite 1260
New York, NY 10115


American Pipe Organ Parts & Su
225 N. Florida Ave
Lakeland, FL 33801


Arthur Schlueter, III
7114 Golfside Court
Covington, GA 30014


Arthur Schlueter, Jr.
PO Box 838
Lithonia, GA 30058


Capital One Bank (USA), NA
Richard D. Fairbank, CEO
4851 Cox Road
Glen Allen, VA 23060


CI Growth 212 - I-20 Circle #7
c/o Circle Industrial
930 Manhattan Beach Blvd Ste B
Manhattan Beach, CA 90266

DeKalb Co. Tax Commissioner
PO Box 100004
Decatur, GA 30031


Fireside Natural Gas, LLC
2655 Dallas Hwy, Ste 210
Marietta, GA 30064


First Citizen Bank & Trust Co.
Attn: Frank Holding, Jr., CEO
239 Fayetteville St
Raleigh, NC 27601


Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345


Heritage Finishing Products
1846 Tucker Industrial Rd
Tucker, GA 30084


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kaspar & White CPA
5502 Peachtree Rd
Suite 200
Atlanta, GA 30341


Matters, Inc.
13873 Hillview Trail
Hermosa, SD 57744


Organ Legacy Media, LLC
6212 US Hwy 6
Suite 200
Portage, IN 46368

Organ Supply Industries Inc
2320 West 50th Street
Erie, PA 16506


Oyster Pipe Works, LTD
PO Box 407
Louisville, OH 44641


Peach State Lumber Products
PO Box 355
Kennesaw, GA 30156


Penske Truck Leasing Co LP
P.O. Box 532658
Atlanta, GA 30353


Peopleready Inc.
PO Box 740435
Atlanta, GA 30374


Peterson Electric Musical
Products, Inc.
11601 South Mayfield Avenue
Alsip, IL 60803


Pitney Bowes
3001 Summer St.
Stamford, CT 06926


Quill
PO Box 3760
Philadelphia, PA 19101


Shubert Paints, Inc.
2157 Mountain Industrial Blvd
Tucker, GA 30084

Specialty Machinery - MultiCam
2727 Elmridge Dr NW
Grand Rapids, MI 49534


Star Capital Group, L.P.
801 Cassatt Road
Suite 200
Berwyn, PA 19312


Syndyne Corporation
PO Box 820543
Vancouver, WA 98682


Touchmark National Bank
3651 Old Milton Parkway
Alpharetta, GA 30005


U.S. Small Business Admin
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211


U.S. Small Business Admin.
2 North Street, Suite 320
Birmingham, AL 35203


U.S. Small Business Admin.
200 W. Santa Ana Boulevard
Suite 740
Santa Ana, CA 92701


Wells Fargo
PO Box 51174
Los Angeles, CA 90051


Wells Fargo Bank, N.A.
Attn: Charles W, Scharf, CEO
101 N Phillips Ave
Sioux Falls, SD 57104

William Allen
1226 Savannah Lane
Monroe, GA 30655


Yates Insurance Agency
2800 Century Pkwy NE
Suite 300
Atlanta, GA 30345